DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEREMY S. KROGER, Bar #258956
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
HERMILO MOJICA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 1:06-CR-00263 LJO |
|---|---|
| Plaintiff, | ) ORDER FOR TEMPORARY RELEASE OF |
| | ) DEFENDANT HERMILO MOJICA FOR |
| v. | ) SUBSTANCE ABUSE TREATMENT |
| | ) ASSESSMENT |
| HERMILO MOJICA, | ) |
| Defendant. | ) |

O R D E R

IT HEREBY ORDERED that defendant HERMILO MOJICA shall be granted temporary release from custody at the Fresno County Jail on the following conditions:

**1.      Defendant HERMILO MOJICA shall be released from custody at the Fresno County Jail at 8:00 a.m. on Wednesday, December 28, 2011, for the purpose of obtaining an assessment to determine his eligibility for acceptance into the Fresno Rescue Mission "Academy" residential substance abuse treatment program.**

**2.      Upon completion of the assessment Mr. Mojica shall travel immediately to the United States Office of Probation and submit to drug testing at the discretion of the probation officer.**

**3.      Mr. Mojica shall self-surrender at the Fresno County Jail immediately after leaving the offices of United States Probation, and on the same day, December 28, 2011.**

**4.      Defendant's movement is restricted to travel: 1) directly from the Fresno County Jail to the Fresno Rescue Mission, located at 310 G Street, Fresno, California; 2) directly from the Fresno Rescue Mission to the offices of United States Probation; and 3) directly**

from the offices of United States Probation to the Fresno County Jail.

**5.     Defendant shall refrain from any use of alcohol or any use or possession of a narcotic drug or other controlled substance during his temporary release.**

**6.     Defendant shall not possess a firearm, destructive device, or other dangerous weapon during his temporary release.**

IT IS SO ORDERED.

**Dated:     December 20, 2011**               /s/ Lawrence J. O'Neill
                                                                                UNITED STATES DISTRICT JUDGE