## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

## M E M O R A N D U M

Honorable Lawrence J. O'Neill
United States District Judge
Fresno, California

                                                                      RE:    **HERMILO MOJICA**
                                                                               **Docket Number: 1:06CR-00263-01**
                                                                               <u>**RECOMMENDATION ORDERING**</u>
                                                                               <u>**RELEASE FROM CUSTODY**</u>

Your Honor:

On April 6, 2007, the offender pled guilty to a violation of 21 USC 922(g)(1), Felon in Possession of a Firearm. On July 6, 2007, the offender was sentenced to 24 months custody of the Bureau of Prisons, with a 36-month term of supervised release to follow.

On October 12, 2011, a Probation Form 12C, Petition for Warrant, was filed with the Court alleging the following violations: 1) Failure to Reside and Participate at Turning Point Residential Reentry Center and 2) Unlawful Use of Controlled Substance. On October 28, 2011, the offender admitted to all violations. A dispositional hearing has been set for January 17, 2012.

On December 19, 2011, the offender was ordered released from Fresno County Jail for 24 hours in order to complete an assessment with the Fresno Rescue Mission Academy program. However, due to his pending state case, a hold was placed on the offender and he was not released.

On January 3, 2012, the offender left this officer a voice mail stating he had been released from the Fresno County Jail due to overcrowding. On January 4, 2012, the offender reported to the U.S. Probation office following his assessment with the Fresno Rescue Mission. The offender submitted a negative drug test and a sweat patch was placed on him for continued narcotics monitoring. It has been confirmed the offender entered the Academy program on January 4, 2012, and remains there to date.

RE: MOJICA, Hermillo
Docket Number: 1:06-CR-00263-LJO
**RECOMMENDATION ORDERING**
**RELEASE FROM CUSTODY**


Respectfully submitted,

/s/ Adam E. Tunison

**ADAM E. TUNISON United States Probation Officer**


Dated: January 11, 2012
Fresno, California
AET


**REVIEWED BY:**  /s/ Hubert J. Alvarez
**HUBERT J. ALVAREZ**
**Supervising United States Probation Officer**


**ORDER**

IT IS HEREBY ORDERED that the following release conditions shall apply to offender Hermilo Mojica:

1. The offender is ordered released.

2. The offender shall remain in the Fresno Rescue Mission Academy program until further order of the Court. Failure to do so will be considered a serious violation by this Court.

cc: United States Probation
Assistant United States Attorney
Assistant Federal Defender
Court File

IT IS SO ORDERED.

Dated: **January 12, 2012**       /s/ Lawrence J. O'Neill
                             UNITED STATES DISTRICT JUDGE